```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 24296
   DORIS COLSTON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-9943


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/27/2007 and was not confirmed.

     The case was dismissed without confirmation 02/28/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------

WELLS FARGO FINANCIAL IL  UNSECURED          1251.00           .00            .00
INDYMACK BANK             NOTICE ONLY      NOT FILED           .00            .00
INDYMAC BANK              CURRENT MORTG         .00            .00            .00
INDYMAC BANK              SECURED NOT I     4001.12            .00            .00
INDYMAC BANK FSB          CURRENT MORTG         .00            .00            .00
INDYMAC BANK FSB          SECURED NOT I    22176.94            .00            .00
TARGET NATIONAL BANK      UNSECURED          949.63            .00            .00
TARGET NATIONAL BANK      UNSECURED         1068.66            .00            .00
LVNV FUNDING              UNSECURED         2546.65            .00            .00
BROOKINS & WILSON         DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 24296 DORIS COLSTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 05/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 24296 DORIS COLSTON